IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Reyniers, Dolores A

Printed: 7/1/08

Case Number: 06 B 13684
Judge: Squires, John H
Filed: 10/24/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 21, 2008
Confirmed: May 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 19,867.00 |  |
| Secured: |  | 18,807.24 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,059.76 |
| Other Funds: |  | 0.00 |
| Totals: | 19,867.00 | 19,867.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,409.20 | 0.00 |
| 2. | HSBC Mortgage Services | Secured | 30,362.29 | 16,437.87 |
| 3. | Cook County Treasurer | Secured | 2,369.37 | 2,369.37 |
| 4. | HSBC Mortgage Services | Secured | 15,355.00 | 0.00 |
| 5. | Internal Revenue Service | Priority | 262.43 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 135.92 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 1,039.16 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 562.16 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 768.17 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 742.08 | 0.00 |
| 11. | RJM Acquisitions LLC | Unsecured | 136.78 | 0.00 |
| 12. | Capital One | Unsecured | 1,456.50 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 63.33 | 0.00 |
|  |  |  | _____ | _____ |
|  |  |  | $ 54,662.39 | $ 18,807.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 104.31 |
| 5.4% | 955.45 |
|  | _____ |
|  | $ 1,059.76 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Reyniers, Dolores A

Printed:  7/1/08

Case Number:  06 B 13684
Judge:  Squires, John H
Filed:  10/24/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

